# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 14, 2025
Lyle W. Cayce
Clerk

No. 25-90026

Emmerich Newspapers, Incorporated,

*Plaintiff—Petitioner*,

versus

Particle Media, Incorporated, *doing business as* Newsbreak,

*Defendant—Respondent*.

_____

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 3:23-CV-26

_____

UNPUBLISHED ORDER

Before Southwick, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:

　　IT IS ORDERED that the motion for leave to appeal from the interlocutory order of the United States District Court of the Southern District of Mississippi, entered on September 18, 2025, is GRANTED.