# NO. 25-60550

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT



EMMERICH NEWSPAPERS, INCORPORATED,

*Plaintiff-Petitioner,*

v.

PARTICLE MEDIA, INC., d/b/a Newsbreak,

_____  *Defendant-Respondent*

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NO. 3:23-cv-00026-TSL-MTP

## MOTION OF AMICI CURIAE AMERICAN PHOTOGRAPHIC ARTISTS, NATIONAL PRESS PHOTOGRAPHER'S ASSOCIATION, AND SEVEN OTHER ORGANIZATIONS FOR LEAVE TO FILE BRIEF IN SUPPORT OF PETITIONER

| | |
|---|---|
| **Stephen M. Doniger**<br>Doniger Burroughs PC<br>603 Rose Avenue<br>Venice, CA 90291<br>Tel: (310) 590-1820<br>stephen@donigerlawfirm.com<br>*Counsel for American Photographic Artists*<br><br>**Thomas Maddrey**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, California 94111<br>Tel: (310) 467-7283<br>maddrey@asmp.org<br>*Counsel for Amicus Curiae* | **Mickey H. Osterreicher**<br>*General Counsel*<br>**Alicia Wagner Calzada**<br>*Deputy General Counsel*<br>*National Press Photographers Association*<br>120 Hooper St.<br>Athens, GA 30602<br>(716) 983-7800<br>lawyer@nppa.org<br>advocacy@nppa.org<br>*Counsel for National Press Photographers Association.* |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, AMERICAN PHOTOGRAPHIC ARTISTS, NATIONAL PRESS PHOTOGRAPHER'S ASSOCIATION, AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS, PROFESSIONAL PHOTOGRAPHERS OF AMERICA, and THE GRAPHIC ARTIST GUILD state that each are non-profit 501(c)(4) organizations and do not have a parent corporation and that no publicly held corporation owns 10% or more of any stock.

Pursuant to Fed. R. App. 26.1, THE AMERICAN SOCIETY FOR COLLECTIVE RIGHTS LICENSING, INC. state that it is a non-for-profit corporation and does not have a parent corporation and no publicly held corporation owns 10% or more of any stock.

Pursuant to Fed. R. App. 26.1, THE DIGITAL MEDIA LICENSING ASSOCIATION state that it is a non-profit 501(c)(6) organization and does not have a parent corporation and that no publicly held corporation owns 10% or more of any stock.

Date: December 29, 2025  /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
**DONIGER / BURROUGHS PC**
Counsel for American Photographic Artists
603 Rose Avenue
Venice, California 90291
Telephone: 310-590-1820
stephen@donigerlawfirm.com
*COUNSEL FOR AMICUS CURIAE*



# MOTION

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, the proposed *amici* hereby move the Court for leave to file the attached brief *amicus curiae* in support of Petitioner. On December 22, 2025, seven days after Petitioner filed its opening brief, *Amici* timely filed their motion to file this amicus brief and proposed brief but erroneously did so under Docket 25-90026—the case number assigned to the petition for interlocutory review. Now realizing that the correct docket number for the merits-based briefing is 25-60550, *amici* hereby resubmit their motion under the correct case number with apologies for any inconvenience to the Court. *Amici* have been advised by Petitioner that the parties to this case have stipulated to the filing of this amicus brief, and further offer the following:

*Amici* here include the following organizations: American Photographic Artists, National Press Photographer's Association, The Graphic Artist Guild, Professional Photographers of America, American Society of Media Photographers, The American Society For Collective Rights Licensing, Inc., and The Digital Media Licensing Association.

Each of these entities represent copyrights-holding content creators whose copyrights have been severely impacted by the "server test" and whose works often appear displayed on websites such as Particle's, either through authorized or

unauthorized uses. The livelihoods of many of those members depend on the full protections of U.S. Copyright law, including a copyright holders' exclusive "display right," and each *amici* has a compelling interest in ensuring the equitable and correct application of U.S. copyright law to the Internet with a uniform and consistent approach across all federal Circuits.

This Court "should welcome amicus brief for one simple reason: It is for the honour of a court of justice to avoid error in their judgments." *Lefebure v. D'Aquilla*, 15 F.4th 670, 675 (5th Cir. 2021) (internal quotations and citations omitted). "Courts enjoy broad discretion to grant or deny leave to amici under Rule 29." *Lefebure v. D'Aquilla*, No. 19-30702, 2021 WL 4552965, at *3 (5th Cir. Oct. 5, 2021). *Id*. at 673. This Court is "well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted." *Id*. at 676 (quoting *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002))

Here, *amici* are organizations who are dedicated to the advancement of visual journalism with formal programs to aid artists and their clients on best practices and pricing standards. Amici also has a history of summitting amicus briefs in cases like this one specifically because each has a direct and immediate interest in the outcome of this case as it will determine whether *amici* and its tens of thousands of members will have the same copyright protections in, *inter alia,* Louisiana, Texas, and

Mississippi as they do in the rest of the country, save the Ninth Circuit.

Participation by proposed *amici* will not delay the briefing or argument in this case. Proposed *amici* have filed this motion and its proposed brief within the time allowed by Federal Rule of Appellate Procedure 29(a)(6).

For these reasons, the proposed *amici* urge the Court to grant this motion for leave to file the attached brief *amicus curiae*.

Date: December 29, 2025	Respectfully submitted,

/s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
**DONIGER / BURROUGHS PC**
Counsel for American Photographic Artists
603 Rose Avenue
Venice, California 90291
Telephone: 310-590-1820
stephen@donigerlawfirm.com
*SUBMITTED ON BEHALF OF AMICUS CURIAE*

Alicia Wagner Calzada
Deputy General Counsel
**National Press Photographers Association**
Alicia Wagner Calzada, PLLC
Texas State Bar No. 24076296
926 Chulie Dr. suite 16
San Antonio, TX 78216
Tel: (210) 825-1449
Alicia@calzadalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using appellate CM/ECF system on the undersigned date. All parties are represented by registered CM/ECF users and will be served by the appellate CM/ECF system.

Date: December 29, 2025   /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
**DONIGER / BURROUGHS PC**
Counsel for American Photographic Artists
603 Rose Avenue
Venice, California 90291
Telephone: 310-590-1820
stephen@donigerlawfirm.com
*FOR AMICUS CURIAE*

5

# CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitations of Fed. R. App. P. 29(a)(5) and Fed. R. App. P. 32(a)(7)(B) and because this brief contains 533 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f), as counted by the word processing software used to prepare this brief.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365, Times New Roman font, 14 point.

Date: December 29, 2025

/s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
**DONIGER / BURROUGHS PC**
Counsel for American Photographic Artists
603 Rose Avenue
Venice, California 90291
Telephone: 310-590-1820
stephen@donigerlawfirm.com
*FOR AMICUS CURIAE*