# United States Court of Appeals for the Fifth Circuit

---

**No. 25-60550**

---

EMMERICH NEWSPAPERS, INCORPORATED,
*Plaintiff-Appellant*,

- *v.* -

PARTICLE MEDIA, INCORPORATED, DOING BUSINESS AS NEWSBREAK,
*Defendant-Appellee*.

---

On Appeal from the July 29, 2025 Order in the United States District Court for the Southern District of Mississippi, Northern Division
Civil Action No. 3:23-cv-26-TSL-MTP
Civil Action No. 3:23-cv-391-TSL-RPM

---

**MOTION OF THE APPELLEE PARTICLE MEDIA, INCORPORATED, DOING BUSINESS AS NEWSBREAK FOR SECOND EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

---

Stephen J. Carmody, MSB #8345
Karen E. Howell, MSB #102243
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
Email: scarmody@brunini.com
khowell@brunini.com

COUNSEL FOR DEFENDANT-APPELLEE

#4078436v1

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of 5th Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

| **Appellee:** | **Counsel for Appellee:** |
|---|---|
| Particle Media, Incorporated | Stephen Carmody of Brunini, Grantham, Grower & Hewes, P.L.L.C. Jackson, MS<br><br>Karen Howell of Brunini, Grantham, Grower & Hewes, P.L.L.C. Jackson, MS |

| **Appellant:** | **Counsel for Appellant:** |
|---|---|
| Emmerich Newspapers, Incorporated | Michael Wallace of Wise Carter Child & Caraway, P.A. Jackson, MS<br><br>Charles Cowan of Wise Carter Child & Caraway, P.A. Jackson, MS<br><br>Don Barrett of Barrett Law Group, P.A. Lexington, MS<br><br>Christian Hudson of Cuneo Gilbert & LaDuca, L.L.P. Washington, DC<br><br>Wilson Carroll of Wilson Carroll, P.L.L.C. Vicksburg, MS |

By: /s/ *Stephen J. Carmody*
Stephen J. Carmody
Attorney of Record for
Appellee-Particle Media, Inc.

**DEFENDANT/APPELLEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

The Defendant/Appellee, Particle Media, Incorporated ("Particle Media"), by and through undersigned counsel, respectfully moves this Court for a second extension of time to file its Brief, and in support states as follows:

1. Particle Media's original deadline to file its Brief was January 14, 2026. This Court previously granted a 30-day first extension (Level 1) until February 13, 2026.

2. Despite diligent efforts, Particle Media cannot meet the current deadline, and the delay is unavoidable due to extraordinary circumstances, specifically:

   a. Serious stroke suffered by a law partner who has assisted in this matter;

   b. Work for a client relating to a threatened injunction and demand for temporary restraining order;

   c. Work for a client relating to a gas line rupture outside of its plant causing potential damage to the plant's gas lines;

   d. Employment related work and a discrimination charge filed by an employee of a new client; and

   e. The voluminous record in this case.

3. Particle Media requests a 10-day extension until February 23, 2026.

4. Particle Media does not file this Motion for purposes of delay, but in the interest of justice and efficiency.

5. Opposing Counsel consents to this motion.

ACCORDINGLY, Particle Media respectfully requests that this Honorable Court enter an Order granting this motion and extending the deadline to February 23, 2026.

Respectfully submitted, this the 4th day of February, 2026.

**PARTICLE MEDIA, INC.**

By: s/ *Stephen J. Carmody*
Stephen J. Carmody
Counsel for Appellee-Particle Media, Inc.

**CERTIFICATE OF SERVICE**

This will certify that the undersigned attorney for Appellee-Particle Media, Inc. has this date filed the above and foregoing document with the United States Court of appeals for the Fifth Circuit using the appellate CM/ECF filing system, which sent notification of such filing to counsel of record for Appellant-Emmerich Newspapers, Inc.

THIS the 4th day of February, 2026.

By: s/ *Stephen J. Carmody*
Stephen J. Carmody